ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Plaintiffs and Chapter 11
Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT

HEARING DATE: Friday, July 2, 2021
HEARING TIME: 10:00 a.m. PT
RESPONSE DUE: July 1, 2021
at 10:00 a.m. PT
LOCATION: Telephonic

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC., and EASTERDAY FARMS,<br><br>Plaintiffs,<br>vs.<br><br>RABO AGRIFINANCE LLC,<br><br>Defendant. | Adv. Proc. No. 21-80044-WLH11<br><br>**MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

MOTION FOR TEMPORARY RESTRAINING
ORDER AND INJUNCTIVE RELIEF – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80044-WLH    Doc 2    Filed 06/28/21    Entered 06/28/21 17:01:30    Pg 1 of 3

Easterday Ranches, Inc. ("Ranches") and Easterday Farms ("Farms"), the debtors and debtors in possession and plaintiffs in the above-captioned adversary proceeding (the "Debtors"), hereby bring this *Motion for a Temporary Restraining Order and Preliminary Injunction* (the "Motion"). By the Motion, the Debtors seek, pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 7065, a temporary restraining order and preliminary injunction, until the effective date of a plan in these chapter 11 cases, prohibiting Rabo Agrifinance, LLC, the defendant herein ("Rabo"), from engaging in collection efforts against the general partners of Farms, Cody Easterday, Debby Easterday and Karen Easterday (in her individual capacity and as the representative of her recently deceased husband, Gale Easterday), (collectively, the "Partners"). Such collection efforts by Rabo are the subject of a lawsuit, captioned *Rabo Agrifinance LLC, Plaintiff v. 3E Properties et. al. Defendants*, Case No. 21-cv-05066, pending in the District Court for the Eastern District of Washington, Richmond Division (the "Rabo Action") which is being actively pursued by Rabo against the Partners.

The injunctive relief requested by the Motion is necessitated as the Debtors require the immediate and continued attention, assistance and cooperation of the Partners to facilitate and effectuate sales process of the Debtors' assets and to develop and confirm the Debtors' contemplated plan in these chapter 11 cases. Moreover, Rabo's foreclosure of the Mortgages will irreparably damage the Debtors themselves as the Debtors are using such property as their headquarters (though there is no written lease) and property and inventory of the Debtors are stored on the property.

In support of the Motion, the Debtors rely on the concurrently filed *Complaint for Injunctive Relief,* the *Memorandum of Law in Support of Motion for a Temporary Restraining Order and Preliminary Injunction*; the *Declaration of T. Scott Avila in Support of Motion for a Temporary Restraining Order and Preliminary Injunction*.

MOTION FOR TEMPORARY RESTRAINING
ORDER AND INJUNCTIVE RELIEF – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

WHEREFORE, the Debtors respectfully request that the Court enter an immediate temporary restraining order and, thereafter, a preliminary injunction enjoining prosecution of the Rabo Action, and any other collection attempts by Rabo, against the Partners until the effective date of a plan in these chapter 11 cases. The temporary restraining order would remain in effect until the Court has an opportunity to conduct a hearing and issue its ruling on the Debtors' request for a preliminary injunction.

DATED: June 28, 2021  BUSH KORNFELD LLP

 /s/ Thomas A. Buford, III
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs and Debtors and Debtors in Possession*

MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80044-WLH    Doc 2    Filed 06/28/21    Entered 06/28/21 17:01:30    Pg 3 of 3