2500A (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: ) | Case No. 21-00141-WLH11 | |
| EASTERDAY RANCHES, INC., et al., ) | | |
| Debtor(s) ) | Adv. Proc. No. 21-80044-WLH | |
| ) | | |
| EASTERDAY RANCHES, INC. and ) | | |
| EASTERDAY FARMS, ) | | |
| Plaintiff(s) ) | | |
| v. ) | **SUMMONS IN AN ADVERSARY** | |
| ) | **PROCEEDING** | |
| RABO AGRIFINANCE LLC, ) | | |
| Defendant(s) ) | | |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:  United States Bankruptcy Court
                                   Eastern District of Washington
                                   PO Box 2164
                                   Spokane, WA 99210-2164

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

                Name and Address of Plaintiff's Attorney:
                          Thomas A. Buford
                          Bush Kornfeld LLP
                          601 Union Street, Suite 5000
                          Seattle, WA 98101

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: June 29, 2021



                                                        Clerk, U.S. Bankruptcy Court


                                                  by: /s/ Tiffany James
                                                       Deputy Clerk

SUMMONS IN AN ADVERSARY PROCEEDING - 1