Timothy J. Conway, WSBA 52204  
   Direct Dial:   503.802.2027  
   Facsimile:   503.274.8779  
   Email:   tim.conway@tonkon.com  
TONKON TORP LLP  
888 SW Fifth Avenue, Suite 1600  
Portland, OR 97204-2099

Honorable Whitman L. Holt

   Attorneys for Karen Easterday

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>      Debtors[1].<br><br>―――――――――――<br><br>EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>      Plaintiff,<br><br>      v.<br><br>RABO AGRIFINANCE LLC, a Delaware limited liability corporation,<br><br>      Defendant. | Chapter 11<br><br>Lead Case No. 21-00141<br>Jointly Administered<br><br><br><br>**Adv. Pro No. 21-80044-WLH**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR KAREN EASTERDAY** |

TO:    CLERK OF THE COURT

AND TO:    ALL PARTIES OF INTEREST APPEARING ON THE

        COURT'S OFFICIAL MASTER MAILING LIST

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141 and Easterday Farms, a Washington general Partnership (21-00176).

NOTICE OF APPEARANCE OF COUNSEL  
FOR DEFENDANT KAREN EASTERDAY - 1

1  PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b),
2  Timothy J. Conway hereby enters his appearance on behalf of Karen Easterday
3  and requests that all papers and pleadings relevant to this action be provided to
4  the undersigned as follows:

Timothy J. Conway
Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
Email: tim.conway@tonkon.com
Direct: 503-802-2027

June 29, 2021.

                                        TONKON TORP LLP


                                        By  s/ Timothy J. Conway
                                            Timothy J. Conway, WSBA 52204
                                            Attorneys for Karen Easterday

042047\00001\12499106v1

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT KAREN EASTERDAY - 2