# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: </br> Easterday Ranches, Inc., et al. </br></br> Debtor(s) </br> Easterday Ranches, Inc., et al., </br></br> Plaintiff </br> Rabo AgriFinance LLC, </br></br> Defendant | Case No. 21-00141-WLH11 </br></br> Adv. Proc. No. 21-80044 </br></br> **CERTIFICATE OF COMPLIANCE** </br> **WITH LBR 9019-2 (MEDIATION)** |

    Pursuant to Local Bankruptcy Rule 9019-2, each party certifies that he or she considered mediation to resolve the dispute.

    DATED: June 29, 2021

                                                  /s/ Thomas A. Buford

                                                Attorneys for Plaintiffs Easterday Ranches, Inc. and Easterday Farms, a Washington general partnership

**Note**: This Certificate shall be filed by each party.