ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Plaintiffs and Chapter 11
Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC., and EASTERDAY FARMS,<br><br>      Plaintiffs,<br>vs.<br>RABO AGRIFINANCE LLC,<br><br>      Defendant. | Adv. Proc. No. 21-80044-WLH11<br><br>**NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

NOTICE OF CONTINUANCE OF HEARING ON
MOTION FOR TEMPORARY RESTRAINING
ORDER AND INJUNCTIVE RELIEF – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**PLEASE TAKE NOTICE** that, on June 28, 2021, the Debtors filed their *Motion for a Temporary Restraining Order and Preliminary Injunction* [Docket No. 2] (the "Motion")[2] in the above-captioned adversary proceeding, and set the matter for hearing on July 2, 2021 at 10:00 a.m. Pacific Time (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, by this Notice of Continuance and pursuant to agreement by and between the parties, the Hearing has been rescheduled and will now be conducted on **Wednesday, July 21, 2021 at 2:00 p.m. Pacific Time**. The Hearing on the Motion will be conducted as follows:

> Hearing Date: Wednesday, July 21, 2021
> Time: 2:00 p.m. PST
> Phone Number: 1-877-402-9757
> Conference Code: 7036041

**PLEASE TAKE FURTHER NOTICE** that if you object to the Motion, you must file a written objection with the court on or before **Friday, July 16, 2021 at 5:00 p.m. Pacific Time**. If you do not timely file an objection, the court may enter an order granting the Motion without further notice to you.

DATED: June 29, 2021         BUSH KORNFELD LLP

 */s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs and Debtors and Debtors in Possession*

---

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

NOTICE OF CONTINUANCE OF HEARING ON
MOTION FOR TEMPORARY RESTRAINING
ORDER AND INJUNCTIVE RELIEF – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80044-WLH    Doc 12    Filed 06/29/21    Entered 06/29/21 17:45:14    Pg 2 of 2