Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
601 West Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: bmedeiros@dbm-law.net

Michael R. Johnson (Admitted *Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Email: mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

Honorable Whitman L. Holt

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Easterday Ranches, Inc., and Easterday Farms,<br><br>Debtors. | **Jointly Administered Case No.<br>21-00141-WLH11** |
| Easterday Ranches, Inc., and Easterday Farms,<br><br>Plaintiffs,<br><br>v.<br><br>Rabo AgriFinance LLC,<br><br>Defendant. | **Adversary Case No.<br>21-80044-WLH11**<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

Rabo's Corporate Disclosure

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

21-80044-WLH    Doc 13    Filed 06/30/21    Entered 06/30/21 13:20:33    Pg 1 of 2

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1, Defendant Rabo AgriFinance LLC, through counsel, hereby states that it is a Delaware limited liability company with its principal place of business in Chesterfield, Missouri. Defendant's immediate parent company and sole member is Utrecht-America Holdings, Inc. ("UAH"). UAH owns 100% of the membership interests of Defendant. UAH, in turn, is 100% owned by its parent company, Rabo International Holding, B.V.

DATED this 30th day of June 2021.

>DAVIDSON BACKMAN MEDEIROS PLLC
>
> /s/ Bruce K. Medeiros
> Bruce K. Medeiros, WSBA No. 16380
> 601 West Riverside Avenue, Suite 1550
> Spokane, Washington 99201
> Telephone: (509) 624-4600
> Email: bmedeiros@dbm-law.net
>
> -and-
>
> RAY QUINNEY & NEBEKER P.C.
>
> /s/ Michael R. Johnson
> Michael R. Johnson (*Admitted Pro Hac Vice*)
> 36 South State Street, Suite 1400
> Salt Lake City, Utah 84111
> Telephone: (801) 532-1500
> Email: mjohnson@rqn.com
>
> *Attorneys for Rabo AgriFinance LLC*

Rabo's Corporate Disclosure - 1

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

21-80044-WLH    Doc 13    Filed 06/30/21    Entered 06/30/21 13:20:33    Pg 2 of 2