Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
601 West Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: bmedeiros@dbm-law.net

Michael R. Johnson (Admitted *Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Email: mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

Honorable Whitman L. Holt

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Easterday Ranches, Inc., and Easterday Farms,<br><br>Debtors. | **Jointly Administered Case No. 21-00141-WLH11** |
| Easterday Ranches, Inc. and Easterday Farms,<br><br>Plaintiffs,<br><br>v.<br><br>Rabo AgriFinance LLC,<br><br>Defendant. | **Adversary Case No. 21-80044-WLH11**<br><br>**DEFENDANT'S CERTIFICATE OF COMPLAINCE WITH LBR 9019-2** |

Rabo's Certificate of Compliance

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Pursuant to Local Bankruptcy Rule 9019-2, Defendant Rabo AgriFinance LLC, through counsel, hereby states that it has considered alternative dispute resolution.

DATED this 30th day of June 2021.

DAVIDSON BACKMAN MEDEIROS PLLC

*/s/ Bruce K. Medeiros*
Bruce K. Medeiros, WSBA No. 16380
601 West Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone: (509) 624-4600
Email: bmedeiros@dbm-law.net

-and-

RAY QUINNEY & NEBEKER P.C.

*/s/ Michael R. Johnson*
Michael R. Johnson (*Admitted Pro Hac Vice*)
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Email: mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Rabo's Certificate of Compliance - 1