ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Plaintiffs and Chapter 11
Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT
EX PARTE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC., and EASTERDAY FARMS,<br><br>                Plaintiffs,<br>vs.<br><br>RABO AGRIFINANCE LLC,<br><br>                Defendant. | Adv. Proc. No. 21-80044-WLH<br><br>***EX PARTE* STIPULATED MOTION TO EXTEND CERTAIN DEADLINES** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

*EX PARTE* STIPULATED MOTION TO
EXTEND CERTAIN DEADLINES –
Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80044-WLH    Doc 18    Filed 07/19/21    Entered 07/19/21 11:46:26    Pg 1 of 3

Easteday Ranches, Inc. ("Ranches") and Easterday Farms ("Farms"), the debtors and debtors in possession and plaintiffs in the above-captioned adversary proceeding (the "Debtors"), and Rabo Agrifinance LLC ("Rabo," and together with the Debtors, the "Parties"), the defendant herein, jointly move the court on an *ex parte* basis (the "Motion"), pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9006(b), for entry of an order extending certain deadlines in the above-captioned adversary proceeding (the "Adversary Proceeding").

This Adversary Proceeding was commenced on June 28, 2021, upon the filing of the Debtors' Complaint. *See* Docket No. 1 (the "Complaint"). The Complaint generally seeks injunctive relief prohibiting Rabo from undertaking or pursuing collection efforts against the Easterday Partners (as defined in the Complaint) through and including the effective date of a plan, including by way of the Rabo Action (as defined in the Complaint), which is being actively pursued against the Partners.

Contemporaneously with the filing of the Complaint, the Debtors filed their *Motion for a Temporary Restraining Order and Preliminary Injunction* [Docket No. 2] (the "TRO Motion"), together with a *Memorandum of Law* [Docket No. 3] and *Declaration of T. Scott Avila* [Docket No. 4] in support of the TRO Motion. The TRO Motion was initially set for hearing on July 2, 2021 (the "Hearing"). *See Notice of Hearing*, Docket No. 5. Rabo appeared in this Adversary Proceeding through counsel, who in turn acknowledged service of the Summons and Complaint on behalf of Rabo. *See Acknowledgement of Service*, Docket No. 11. The Parties conferred and agreed to continue the Hearing to July 21, 2021 at 2:00 p.m.

The Parties have continued to actively communicate and now desire to further continue the Hearing on the TRO Motion as well as extend other deadlines related to the TRO Motion and this Adversary Proceeding. Specifically, the Parties agree as follows:

*EX PARTE* STIPULATED MOTION TO
EXTEND CERTAIN DEADLINES –
Page 2

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eg19d701m8

21-80044-WLH    Doc 18    Filed 07/19/21    Entered 07/19/21 11:46:26    Pg 2 of 3

1. The Hearing on the TRO Motion shall be continued to August 25, 2021 at 1:30 p.m. to be held concurrently with the Scheduling Conference in this matter.

2. The deadline for Rabo to file a written response or objection to the TRO motion shall be extended to August 16, 2021.

3. The deadline for Rabo to file an answer or other responsive pleading to the Complaint shall be extended to August 27, 2021.

4. The deadline for the Easterday Partners and any other defendant in the Rabo Action to file an answer or responsive pleading in the Rabo Action shall be extended to August 27, 2021.[2]

WHEREFORE, the Parties jointly request the court enter an order, substantially in the form submitted herewith, extending those certain deadlines as set forth above and granting such other and further relief as may be just and proper under the circumstances.

DATED: July 19, 2021     BUSH KORNFELD LLP

/s/ Thomas A. Buford, III
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted Pro Hac Vice)
JEFFREY W. DULBERG (Admitted Pro Hac Vice)
JASON H. ROSELL (Admitted Pro Hac Vice)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs and Debtors and Debtors in Possession*

DATED: July 19, 2021     RAY QUINNEY & NEBEKER P.C.

/s/ David H. Leigh
DAVID H. LEIGH (WSBA 40031)
MICHAEL R. JOHNSON (Admitted Pro Hac Vice)
RAY QUINNEY & NEBEKER P.C.

*Attorneys for Defendant Rabo Agrifinance LLC*

---

[2] The Parties shall separately seek relief for this specific provision in the Rabo Action, and inclusion herein is for informational purposes only to evidence such agreement.

*EX PARTE* STIPULATED MOTION TO EXTEND CERTAIN DEADLINES – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80044-WLH    Doc 18    Filed 07/19/21    Entered 07/19/21 11:46:26    Pg 3 of 3