# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC., and EASTERDAY FARMS,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>RABO AGRIFINANCE LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Proc. No. 21-80044-WLH<br><br>***EX PARTE* ORDER EXTENDING CERTAIN DEADLINES** |

THIS MATTER came before the court upon the *Ex Parte Stipulated Motion to Extend Certain Deadlines* (the "Motion"),[2] jointly submitted by Easterday Ranches, Inc. ("Ranches") and Easterday Farms ("Farms"), the debtors and debtors in possession and plaintiffs in the above-captioned adversary proceeding (the "Debtors"), and Rabo Agrifinance LLC ("Rabo"), the defendant herein. The court has reviewed the Motion and the record and files herein, and finds cause exists to grant the requested relief. Now, therefore, it is hereby

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

[2] Capitalized terms not defined herein shall have their meanings as ascribed in the Motion unless otherwise indicated.

*EX PARTE* ORDER EXTENDING
CERTAIN DEADLINES – Page 1

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eg19eq01tt

**ORDERED as follows:**

1. The Motion [ECF No. 18] is granted.

2. The Hearing on the TRO Motion is continued to August 25, 2021 at 1:30 p.m. Pacific Time.

3. The deadline for Rabo to file a written response or objection to the TRO motion is extended to August 16, 2021.

4. The deadline for Rabo to file an answer or other responsive pleading to the Complaint is extended to August 27, 2021.

5. Notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington to the contrary, this order shall be effective upon entry.

/// END OF ORDER ///

Presented by:

 /s/ Thomas A. Buford, III
THOMAS A. BUFORD, III (WSBA #52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs and Debtors and Debtors in Possession*

Stipulated by:

 /s/ David H. Leigh
DAVID H. LEIGH (WSBA #40031)
MICHAEL R. JOHNSON (admitted *pro hac vice*)
RAY QUINNEY & NEBEKER P.C.

*Attorneys for Defendant Rabo Agrifinance LLC*

*EX PARTE* ORDER EXTENDING
CERTAIN DEADLINES – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eg19eq01tt

21-80044-WLH    Doc 19    Filed 07/19/21    Entered 07/19/21 12:00:02    Pg 2 of 2