ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Proposed Attorneys for the Plaintiffs and
Chapter 11 Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered |
| EASTERDAY RANCHES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RABO AGRIFINANCE, LLC,<br><br>Defendant. | Adv. Proc. No. 21-80044-11<br><br>**STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DOCS_NY:43888.3 20375/003
STIPULATION AMONG DEBTORS
AND RABO AGRIFINANACE LLC
REGARDING WITHDRAWAL OF
ADVERSARY PROCEEDING
WITHOUT PREJUDICE – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20hc01mr

21-80044-WLH    Doc 25    Filed 08/20/21    Entered 08/20/21 14:05:55    Pg 1 of 6

**WHEREAS**, on February 1, 2021, Easterday Ranches, Inc. ("Ranches") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") before the United States Bankruptcy Court for the Eastern District of Washington, Yakima Division (the "Bankruptcy Court").

**WHEREAS**, on February 8, 2021, Easterday Farms, a Washington general partnership ("Farms" and together with Ranches, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, Farms, Ranches, Cody Easterday ("CE"), Karen Easterday ("KE") (in her individual capacity and as the representative of Gale Easterday,[2]), and Debby Easterday ("DE" and together with CE and KE, the "Easterday Partners"), entered into that certain *Stipulation By and Between Debtors and Non-Debtor Sellers Regarding Cooperation with Respect to the Sale of Debtor and Non-Debtor Assets* (the "Cooperation Agreement").

**WHEREAS**, on April 28, 2021, the Bankruptcy Court entered an order approving the Debtors' entry into the Cooperation Agreement [Docket No. 655].

**WHEREAS**, pursuant to the terms of the Cooperation Agreement, among other things, the Easterday Partners are required to cooperate with the Debtors in connection with the sale of certain real property, and the Debtors are required to enter into a

---

[2] Gale Easterday passed away on December 10, 2020.

DOCS_NY:43888.3 20375/003

STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 2

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20hc01mr

21-80044-WLH    Doc 25    Filed 08/20/21    Entered 08/20/21 14:05:55    Pg 2 of 6

stipulation or otherwise obtain an injunction with respect to any party taking action to enforce rights or remedies against property or assets of the Easterday Partners. Moreover, pursuant to the Cooperation Agreement, the Debtors and Easterday Partners are required to negotiate in good faith an allocation protocol in connection with the proceeds from the sale of real property

**WHEREAS**, Rabo AgriFinance, LLC ("Rabo") asserts interests in the property or assets of the Easterday Partners.

**WHEREAS**, Rabo filed that certain Complaint for Judicial Foreclosure of Mortgages, and for Money Judgment Based on RCW 25.05.125 (the "Rabo 3E Complaint") in a proceeding captioned *Rabo Agrifinance LLC, Plaintiff v. 3E Properties et. al. Defendants*, Case No. 21-cv- 05066, pending in the District Court for the Eastern District of Washington, Richland (the "Rabo 3E Proceeding").

**WHEREAS**, the Rabo Complaint contains a "First Cause of Action" against Karen Easterday,[3] Cody Easterday and Debby Easterday (together the "Easterday Individuals"), and a "Second Cause of Action" against the Easterday Individuals, Jody Easterday and 3E Properties.

---

[3] Karen Easterday is named individually and in her capacity as representative of the estate of Gale Easterday.

DOCS_NY:43888.3 20375/003

STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 3

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20hc01mr

21-80044-WLH    Doc 25    Filed 08/20/21    Entered 08/20/21 14:05:55    Pg 3 of 6

**WHEREAS**, on June 28, 2021, Debtors filed a complaint initiating this adversary proceeding (the "Rabo Adversary") against Rabo seeking, among other things, to enjoin any proceedings by Rabo, including in connection with the Rabo 3E Proceeding, to enforce or collect any obligations against the Easterday Partners.

**WHEREAS**, contemporaneously with the filing of the Complaint, the Debtors filed their *Motion for a Temporary Restraining Order and Preliminary Injunction* [Docket No. 2] (the "TRO Motion"), together with a *Memorandum of Law* [Docket No. 3] and *Declaration of T. Scott Avila* [Docket No. 4] in support of the TRO Motion.

**WHEREAS**, in consideration for Rabo agreeing to stay the proceedings in the Rabo 3E Complaint on the terms described below and entering into this Stipulation, the Debtors are willing to dismiss the Rabo Adversary without prejudice and to withdraw the TRO Motion.

**Based on the foregoing recitals, the Parties hereby stipulate and agree as follows:**

1. Stay of Proceedings. Rabo agrees that it will stay the Rabo 3E Proceeding, including staying any deadline of any defendant pursuant to the Rabo 3E Complaint to answer or otherwise respond to the Rabo 3E Complaint until the earlier of (i) December 31, 2021, or the (ii) Effective Date (as defined in the Plan) of a plan of liquidation confirmed in the Debtors' cases (the "Plan").

DOCS_NY:43888.3 20375/003
STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 4

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20hc01mr

21-80044-WLH    Doc 25    Filed 08/20/21    Entered 08/20/21 14:05:55    Pg 4 of 6

2. <u>Amendment to Rabo 3E Complaint and Release of Certain Liens</u>. Within 10 days after entry of an order approving this Stipulation, Rabo agrees that it will amend the Rabo 3E Complaint to eliminate the causes of action as they relate to the foreclosure of the 2018 Mortgage and Parcel B of the 2009 Mortgage (each as defined in the Rabo 3E Complaint). Within a reasonable time following entry of an order approving this Stipulation, Rabo shall file a release of the 2018 Mortgage and a partial release of the 2009 Mortgage as to Parcel B only.

3. <u>Withdrawal of Rabo Adversary Proceeding</u>. Promptly following entry of an order approving this Stipulation, the Debtors shall dismiss the Rabo Adversary and withdraw the TRO Motion, both without prejudice.

4. <u>Binding Effect</u>. This Stipulation shall be binding upon the Parties hereto, their successors, assigns, affiliates, officers, directors, shareholders, partners, investors, members, employees, agents, and professionals, including any chapter 7 trustee appointed in the Debtors' cases.

5. <u>Jurisdiction</u>. The Bankruptcy Court shall retain sole and exclusive jurisdiction to hear and determine all matters arising from or relating to the interpretation and/or enforcement of this Consent, provided, however, that the District Court shall have jurisdiction over any motion filed pursuant to 28 U.S.C. § 157.

DOCS_NY:43888.3 20375/003

STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 5

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80044-WLH    Doc 25    Filed 08/20/21    Entered 08/20/21 14:05:55    Pg 5 of 6

| | |
|---|---|
| 1 | |
| 2 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD** |
| 3 | |
| 4 | |
| 5 | /s/ THOMAS A. BUFORD<br>THOMAS A. BUFORD (WSBA #52969)<br>BUSH KORNFELD LLP |
| 6 | |
| 7 | RICHARD M. PACHULSKI (admitted *pro hac vice*)<br>JEFFREY W. DULBERG (admitted *pro hac vice*)<br>JASON H. ROSELL (admitted *pro hac vice*) |
| 8 | PACHULSKI STANG ZIEHL & JONES LLP |
| 9 | *Attorneys for Plaintiffs and Debtors and Debtors in Possession* |
| 10 | Stipulated by: |
| 11 | |
| 12 | /s/ MICHAEL R. JOHNSON<br>DAVID H. LEIGH (WSBA #40031)<br>MICHAEL R. JOHNSON (admitted *pro hac vice*) |
| 13 | RAY QUINNEY & NEBEKER P.C. |
| 14 | *Attorneys for Defendant Rabo Agrifinance LLC* |

DOCS_NY:43888.3 20375/003

STIPULATION AMONG DEBTORS AND RABO AGRIFINANACE LLC REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE – Page 6

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104