UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered |
| EASTERDAY RANCHES, INC.,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>RABO AGRIFINANCE, LLC,<br><br>　　　　　　　　　Defendant. | Adv. Proc. No. 21-80044-11<br><br>**ORDER APPROVING STIPULATION REGARDING WITHDRAWAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE** |

THIS MATTER came before the court upon the Debtors' *Motion for a Temporary Restraining Order and Preliminary Injunction* [Docket No. 2] (the "TRO Motion"), and the *Stipulation Among Debtors and Rabo Agrifinance LLC Regarding Withdrawal of Adversary Proceeding* [ECF No. 25] (the "Stipulation"). Capitalized terms not defined herein shall have their meanings as ascribed in the Stipulation. The court has reviewed the TRO Motion, the Stipulation, and the record and files herein,

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DOCS_NY:42632.3 20375/001

ORDER APPROVING STIPULATION – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20he01gc

21-80044-WLH    Doc 26    Filed 08/20/21    Entered 08/20/21 14:15:02    Pg 1 of 2

and finds cause exists to approve the Stipulation and grant the relief requested therein. Now, therefore, it is hereby **ORDERED as follows:**

1. The Stipulation [ECF No. 25] is **APPROVED**.

2. The TRO Motion is deemed resolved.

3. The Debtors are hereby authorized to enter into and honor the terms and conditions of the Stipulation.

4. The Debtors and Rabo are hereby authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this order.

5. Notwithstanding anything in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington to the contrary, this order shall be effective upon entry.

6. The stay imposed pursuant to Bankruptcy Rule 6004(h) is waived.

7. The court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation of this order.

/// END OF ORDER ///

Presented by:

*/s/ THOMAS A. BUFORD*
THOMAS A. BUFORD (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
MAXIM B. LITVAK (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

DOCS_NY:42632.3 20375/001

ORDER APPROVING STIPULATION
— Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eh20he01gc

21-80044-WLH    Doc 26    Filed 08/20/21    Entered 08/20/21 14:15:02    Pg 2 of 2