# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC., and EASTERDAY FARMS,<br><br>Plaintiffs,<br>vs.<br><br>RABO AGRIFINANCE LLC,<br><br>Defendant. | Adv. Proc. No. 21-80044-WLH<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>[CLERK'S ACTION REQUIRED] |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) made applicable by Fed. R. Bankr. P. 41, the Plaintiffs, Easterday Ranches, Inc. and Easterday Farms, and the Defendant, Rabo Agrifinance LLC, through their undersigned counsel, hereby jointly stipulate to dismissal of this action, without prejudice and without costs to any party.

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

| | | |
|---|---|---|
| 1 | DATED: September 3, 2021 | BUSH KORNFELD LLP |
| 2 | | /s/ Thomas A. Buford, III |
| 3 | | THOMAS A. BUFORD, III (WSBA 52969)<br>BUSH KORNFELD LLP |
| 4 | | RICHARD M. PACHULSKI *(Admitted Pro Hac Vice)* |
| 5 | | JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)<br>JASON H. ROSELL (*Admitted Pro Hac Vice*) |
| 6 | | PACHULSKI STANG ZIEHL & JONES LLP |
| 7 | | *Attorneys for Plaintiffs and Debtors and Debtors in Possession* |
| 9 | DATED: September 3, 2021 | DAVIDSON BACKMAN MEDEIROS PLLC |
| 10 | | /s/ Bruce K. Medeiros |
| 11 | | BRUCE K. MEDEIROS (WSBA 16380)<br>DAVIDSON BACKMAN MEDEIROS PLLC |
| 13 | | DAVID H. LEIGH (WSBA 40031)<br>MICHAEL R. JOHNSON (Admitted *Pro Hac Vice*)<br>RAY QUINNEY & NEBEKER P.C. |
| 14 | | *Attorneys for Defendant Rabo Agrifinance LLC* |

STIPULATION OF DISMISSAL PURSUANT
TO FRCP 41(a)(1)(A)(ii) – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104