**So Ordered.**

**Dated: September 9th, 2021**



**Whitman L. Holt**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered |
| EASTERDAY RANCHES, INC.,<br><br>                        Plaintiff,<br>   vs.<br>RABO AGRIFINANCE, LLC,<br><br>                       Defendant. | Adv. Proc. No. 21-80044-~~11~~<br><br>**ORDER ~~APPROVING~~ DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE** |

THIS MATTER came before the court upon the Parties' Stipulation of Dismissal (the "Stipulation"). Capitalized terms not defined herein shall have their meanings as ascribed in the Stipulation. The court has reviewed the Stipulation, and the records and files herein, and finds cause exists to approve the Stipulation. ~~and grant the relief requested therein. Now, therefore,~~ The court construes the Stipulation as a motion to approve its terms and to dismiss this adversary proceeding without prejudice. So construed, it is hereby **ORDERED as follows:**

    1.    The motion is granted and the Stipulation [ECF No. 30] is **APPROVED**.

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DOCS_NY:42632.3 20375/001

ORDER OF DISMISSAL – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ei03dt01rf

21-80044-WLH    Doc 32    Filed 09/09/21    Entered 09/09/21 15:31:47    Pg 1 of 2

2. This proceeding is dismissed without prejudice and without costs to any party.

3. Notwithstanding anything in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington to the contrary, this order shall be effective upon entry.

4. The court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation of this order.

/// END OF ORDER ///

Presented by:

/s/ THOMAS A. BUFORD
THOMAS A. BUFORD (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
MAXIM B. LITVAK (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

\* Changes made by court

DOCS_NY:42632.3 20375/001

ORDER OF DISMISSAL – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ei03dt01rf

21-80044-WLH    Doc 32    Filed 09/09/21    Entered 09/09/21 15:31:47    Pg 2 of 2