ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT

**HEARING DATE:** June 6, 2022
**HEARING TIME:** 2:30 P.M. (PST)
**LOCATION:** Telephonic

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>EASTERDAY RANCHES, INC., *et al.*<br>Debtors.[1] | Chapter 11<br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS,<br><br>Plaintiffs,<br>v.<br>RABO AGRIFINANCE LLC, a Delaware limited liability corporation,<br><br>Defendant. | Adv. Proc. No. 21-80044-WLH<br><br>**NOTICE OF STATUS CONFERENCE** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

NOTICE OF STATUS CONFERENCE –
Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-80044-WLH    Doc 33    Filed 06/02/22    Entered 06/02/22 09:49:50    Pg 1 of 2

**PLEASE TAKE NOTICE** that, on June 1, 2022, the above-captioned adversary proceeding (the "Adversary Proceeding") was administratively reopened by the court.

**PLEASE TAKE FURTHER NOTICE** that the court will hold a status conference on **Monday, June 6, 2022 at 2:30 p.m. Pacific Time** (the "Status Conference") to discuss matters related to or arising from the Adversary Proceeding and any stipulations by and between the parties filed herein. Parties to this proceeding may appear at or attend the Status Conference via the court's telephone conference line: **(877) 402-9757, Access Code: 7036041**.

DATED: June 2, 2022     BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs and Debtors and Debtors in Possession*

NOTICE OF STATUS CONFERENCE – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ff01n1018p

21-80044-WLH    Doc 33    Filed 06/02/22    Entered 06/02/22 09:49:50    Pg 2 of 2