| | |
|---|---|
| 1 | ARMAND J. KORNFELD (WSBA #17214) |
| 2 | THOMAS A. BUFORD (WSBA #52969)<br>RICHARD B. KEETON (WSBA #51537) |
| 3 | BUSH KORNFELD LLP<br>601 Union Street, Suite 5000 |
| 4 | Seattle, WA 98101<br>Tel.: (206) 292-2110 |
| 5 | Facsimile: (206) 292-2104<br>Emails: jkornfeld@bskd.com, |
| 6 | tbuford@bskd.com, and rkeeton@bskd.com |

HON. WHITMAN L. HOLT

**HEARING DATE:** **June 6, 2022**
**HEARING TIME:** **2:30 P.M. (PST)**
**LOCATION:** **Telephonic**

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC. and<br>EASTERDAY FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE LLC, a<br>Delaware limited liability corporation,<br><br>Defendant. | Adv. Proc. No. 21-80044-WLH<br><br>**CERTIFICATE OF SERVICE OF<br>NOTICE OF STATUS CONFERENCE** |

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

CERTIFICATE OF SERVICE OF NOTICE
OF STATUS CONFERENCE – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

VIVIAN BRAXTON declares:

1.     I am an employee of Bush Kornfeld LLP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.     On the 2nd day of June, 2022, on behalf of attorney Thomas A. Buford, I filed the following pleading with the court via the CM/ECF filing system, and upon filing, the Notice was electronically delivered by the CM/ECF system to the following ECF recipients:

| ECF NO. 33 | NOTICE OF STATUS CONFERENCE |
|---|---|

Thomas A Buford on behalf of Plaintiff Easterday Farms, a Washington general partnership
tbuford@bskd.com,psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com

Thomas A Buford on behalf of Plaintiff Easterday Ranches, Inc.
tbuford@bskd.com,rkeeton@bskd.com,psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com

Timothy J. Conway on behalf of Interested Party KAREN L EASTERDAY
tim.conway@tonkon.com, candace.duncan@tonkon.com;spencer.fisher@tonkon.com

Michael Robert Johnson on behalf of Defendant Rabo Agrifinance LLC
mjohnson@rqn.com

David H Leigh on behalf of Defendant Rabo Agrifinance LLC
dleigh@rqn.com, asanchez@rqn.com;docket@rqn.com

Bruce K Medeiros on behalf of Defendant Rabo Agrifinance LLC
bmedeiros@dbm-law.net, sabrahamson@dbm-law.net;cnickerl@dbm-law.net;tnichols@dbm-law.net

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

DATED this 2nd day of June, 2022, at Seattle, Washington.

*/s/ Vivian Braxton*
VIVIAN BRAXTON

CERTIFICATE OF SERVICE OF NOTICE
OF STATUS CONFERENCE – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104