Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
601 West Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: bmedeiros@dbm-law.net

Michael R. Johnson (Admitted *Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Email: mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

Honorable Whitman L. Holt

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Easterday Ranches, Inc., and Easterday Farms,<br><br>Debtors. | **Jointly Administered Case No.<br>21-00141-WLH11** |
| Easterday Ranches, Inc., and Easterday Farms,<br><br>Plaintiffs,<br><br>v.<br><br>Rabo AgriFinance LLC,<br><br>Defendant. | **Adversary Case No.<br>21-80044-WLH11**<br><br>CERTIFICATE OF SERVICE RE: OBJECTION TO SETTING STATUS CONFERENCE IN DISMISSED CASE |

CoS (Objection to Setting Status Conference)

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

21-80044-WLH    Doc 37    Filed 06/03/22    Entered 06/03/22 15:18:15    Pg 1 of 2

I, Tara J. Nichols, a paralegal with the law firm of Davidson Backman Medeiros PLLC, hereby certify under penalty of perjury under the laws of the State of Washington that:

1. On June 3, 2022 a true and correct copy of the Objection to Setting Status Conference in Dismissed Case ("Objection")[ECF No. 36] was electronically filed with the Clerk of the Court using the CM/ECF system, which caused Registered Participants to be served by electronic means, as fully reflected in the Notice of Electronic Filing.

2. Also on June 3, 2022 a true and correct copy of the Objection was served on Gary Dyer, on behalf of the U.S. Trustee, by U.S. First Class Mail, postage prepaid to 920 West Riverside Avenue, Room 593, Spokane, Washington and electronically to: Gary.W.Dyer@usdoj.gov and USTP.REGION18.SP.ECF@usdoj.gov.

DATED this 3th day of June2022.

                                       */s/ Tara J. Nichols*
                                       Tara J. Nichols

Objection to Setting Status Conference - 1

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

21-80044-WLH    Doc 37    Filed 06/03/22    Entered 06/03/22 15:18:15    Pg 2 of 2